## MUSGRAVES v. CANNON.

No. 10665—Opinion Filed June 20, 1922.

(Syllabus.)

### Appeal and Error—Failure to File Brief—Dismissal.

Where a cause pending in this court has been set for hearing on the regular printed docket, and no appearance is made on behalf of the plaintiff in error, nor brief filed in compliance with rule No. 7 of this court (47 Okla. vi ), and no showing made why the cause has not been briefed, this court will assume that the appeal has been abandoned, and the same will be dismissed for failure to file brief.

Error from District Court, Atoka County; J. H. Linebaugh, Judge.

Action between James A. Cannon and Tom S. Musgraves. Judgment for the former, and the latter brings error. Appeal dismissed.

Hatchett & Ferguson, for plaintiff in error.

J. W. Clark, for defendant in error.

KENNAMER, J. This is an appeal by T. S. Musgraves from a judgment rendered in the district court of Atoka county in favor of J. A. Cannon.

The cause was set for hearing and submission on April 11, 1922. No appearance has been made on behalf of Musgraves, plaintiff in error, nor brief filed as required by rule No. 7 of this court (47 Okla. vi).

Motion was filed on May 8, 1922, by the defendant in error to dismiss the appeal. In this situation, the motion is sustained, and the appeal dismissed.

HARRISON, C. J., and JOHNSON, MILLER, and NICHOLSON, JJ., concur.